**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RUTH ANTONELLI,

                Plaintiff,                      22 **CIVIL** 4449 (VF)

      -v-                        **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of the Social Administration,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 27, 2023, Antonelli's motion for judgment on the pleadings is GRANTED, and the Commissioner's cross-motion for judgment on the pleadings is DENIED. On remand, the ALJ should apply the treating physician rule and all its required factors to the opinions of Drs. Abellard and Wing, fully develop the record, and revise the RFC and disability determination as needed.

**Dated:**  New York, New York
          September 28, 2023

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                          **BY:**    *K. Mango*

                                                  **Deputy Clerk**